

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT NEW YORK

---

THOMAS CORCORAN III, ALFRED & KERSTIN
D. VOTTA, on behalf of their minor sons R.V. and J.V.,
DYLAN WEST, DOMINIC SANTORA, JIMMY
FARRETT,

                                Plaintiffs,

-against-

RICHARD WARD, RAY CASTELLANI, and
MARLBORO CENTRAL SCHOOL DISTRICT,

                                Defendants.

Civil case No. 1:13-cv-1488
(TJM/TWD)

---

**HON. THOMAS J. McAVOY, SENIOR U.S. DISTRICT JUDGE**

PRESENT:

Michael H. Sussman, Esq.
SUSSMAN AND WATKINS
Attorneys for Plaitniffs
1 Railroad Avenue - P.O. Box 1005
Goshen, New York 10924

April J. Laws, Esq.
LEMIRE, JOHNSON & HIGGINS, LLC
Attorneys for Defendants
2534 Route 9 - P.O. Box 2485
Malta, New York 12020

### DECISION and ORDER

Having come before the Court on April 14, 2014, for oral argument in the above-captioned civil rights action filed by Plaintiffs, Thomas Corcoran III, Alfred and Kerstin D. Votta, on behalf of their minor sons R.V. and J.V., Dylan West, Dominic Santora, and Jimmy Farrett ("Plaintiffs"), pursuant to 42 U.S.C. § 1983, and Defendants, Richard Ward, Ray

Castellani, and Marlboro Central School District ("Defendants"), Memorandum of Law in support of Defendants' Motion to Dismiss pursuant to FRCP 12(c) (Dkt. No. 6); Plaintiffs' Memorandum of Law in Response to Defendants' Motion to Dismiss (Dkt. No. 8); and Defendants' Reply Memorandum of Law (Dkt. No. 9), as well as all supporting papers submitted thereto, Plaintiffs' Complaint was dismissed without prejudice and with leave to file an Amended Complaint no later than May 5, 2014.

**ACCORDINGLY**, it is

**ORDERED** that Defendants' Motion to Dismiss (Dkt. No. 6) is **GRANTED, without prejudice,** as to the dismissal of Plaintiffs' Substantive Due Process claim as against Defendants Ward and Castellani;

**GRANTED, without prejudice,** as to the dismissal of the Complaint as against Defendant Marlboro Central School District in its entirety;

**DENIED** as moot, Defendants' requested relief of qualified immunity as to Defendants Ward and Castellani; and it is further

**ORDERED** that Plaintiffs have an opportunity to file an Amended Complaint no later than **May 5, 2014**, after which time the Complaint will be **DISMISSED, with prejudice,** and without further Order of this Court if Plaintiffs fail to file an Amended Complaint by that time.

Dated: 4/22/14 , 2014

Hon. Thomas J. McAvoy, Senior U.S.D.J.